UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2006 DEC -1 AM 9:24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

Jorge Argueta-Macias,

          Defendant.

CASE NO. 06cr2331-BTM

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_x_**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**_X_**  of the offense(s) of: 8:1325

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/28/06

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____